## BUCKNER *v.* THE STATE.

CRIMINAL LAW.—*Trial.—Arrest of Judgment.*—Where the record in a criminal prosecution shows no charge against the defendant, judgment upon a finding therein against him should be arrested.

From the Morgan Circuit Court.

*G. W. Grubbs, M. H. Parks* and *J. H. Jordan,* for appellant.

*A. M. Cunning*, Prosecuting Attorney, and *C. A. Buskirk*, Attorney General, for the State.

PERKINS, C. J.—Indictment against appellant. Trial and conviction.

There is no indictment, or copy thereof, in the record. A motion in arrest of judgment was overruled, and exception taken. The motion should have been sustained.

The judgment is reversed, and cause remanded, with instructions to sustain the motion in arrest of judgment.

Petition for a rehearing overruled.